UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MAUREEN MORAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM, INC., an Indiana Corporation, and BLUE CROSS OF CALIFORNIA, a California Corporation (d/b/a ANTHEM BLUE CROSS),<br><br>Defendants. | Case No. 2:15-cv-00460-TLN-AC<br><br>The Honorable Troy L. Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING MDL DECISION** |

The Court having considered the Joint Stipulation to Stay Proceedings Pending MDL Decision, and for good cause shown, hereby makes the following Order:

All proceedings and deadlines in this case are STAYED until the Joint Panel on Multidistrict Litigation rules on the motion to transfer and consolidate in *In re: Anthem, Inc. Customer Data Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the Judicial Panel on Multidistrict Litigation transfers this case governing further proceedings in this case, or (b) if centralization is denied, 21 days after the Judicial Panel on Multidistrict Litigation acts.

**IT IS SO ORDERED**.

Dated: Dated:  March 27, 2015

_____
Troy L. Nunley
United States District Judge